IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

JUN 03 2024

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

_URBONSKI_
District Judge
(Assigned by Clerk's Office)

_Hoppe_
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. _7:24-CV-00350_
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS. 403 U.S.C. §388 (1971)

Kendall D Wysinger                          63398037
Plaintiff Name                              Inmate No.

v.

Mr. S. Bryson @ USP. Lee Hickory Flats Rd Pennington Gap, VA 24277
Defendant Name & Address

Warden Mr. John Doe @ USP. Lee Hickory Flats Rd Pennington Gap, VA 24277
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

*******************************************************************************************

A. **Where are you now?** Name **and** Address of Facility:

United States Penitentiary Atwater Atwater, Ca 95301
1 Federal Way P.O. Box 9001

B.  Where did this action take place?

*United States Penitentiary Lee in Virginia*

C.  Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes    √ No

If your answer to A is Yes, answer the following:

1.  Court: _____

2.  Case Number: _____

D.  Have you filed any grievances regarding the facts of this complaint?

√ Yes    _____ No

1.  If your answer is Yes, indicate the result:

*N/A. I was told to file Tort Claim which was denied*

2.  If your answer is No, indicate why:

E.  Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

*On around Nov 2, 2020, I was @ USP-Lee holdover status to be transferred to USP McCreary, while when I got there I came with a dental gold crown that had came out my mouth, which during intake the office receive it and sent it to dentist hygienist Mr. Bryson after being there for weeks, I finally got*

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

*to talk to Mr. Bryson after writing cop out, he came by my cell stated he had my gold crown bridge that he went to try to bring me down try to put it back in my mouth but it's wrong protocol, He stated he can send it home, that they went let him but it in my property, because of the value, so I told him to hold on to I get to my destination on USP McCreary, so after I got to my destination which I wrote to him had several dentist from USP-McCreary to reach out counsel no respond I never heard from him or receive my gold bridge crown again. I don't have it I'm missing my three front where it use to be. Since the last years, I've had alot of teeth problem having to have teeth pull from my back and top & bottom for cavity due to my front teeth I can't chew proper talk proper due to this ordeal.*

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I would like to have a (TRO) Temporary Restraint Order and Preliminary Injunction, and be compensated for punitive damages, damage for mental anguish embarrassment, humiliation or Mortification,

G. If this case goes to trial, do you request a trial by jury?   Yes ✓   No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address **after** I have been released or transferred or my case may be dismissed.

DATED: 5/20/24    SIGNATURE: Kendall Wysinger

VERIFICATION:
I, Kendell Wysinger , state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 5/20/24    SIGNATURE: Kendall Wysinger

Updated 9/9/22

Kendell Wysinger (08394
United States Penitentiary (Atwater)
P.O. Box 19001
Atwater, Ca.
95301



RAMENTO CA 957

MAY 2024 PM 2 L

RECEIVED

JUN 03 2024

**USDC Clerk's Office**
**Mail Room**

Clerk, United States District
Ct.
210 Franklin Rd. SW, Suite 540
Roanoke, VA. 24011

24011-220840