## AMENDED COMPLAINT

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

SEP 16 2024

LAURA A. A____ CLERK
BY: _____
DEPUTY CLERK

Urbanski
_____
District Judge
(Assigned by Clerk's Office)

Hoppe
_____
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:24cv00350
_____
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS</u>, 403 U.S. 388 (1971)**

Kendell D. Wysinger
_____
Plaintiff Name

63398037
_____
Inmate No.

v.

Mr. S. Bryson (Dental Hygienist) @ USP Lee
_____
Defendant Name & Address

Warden @ USP. Lee "John Doe" USP Lee
_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

A. **Where are you now?** Name *and* Address of Facility:

USP Atwater

B. Where did this action take place?

USP Lee

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_✓_Yes       _____No

If your answer to A is Yes, answer the following:

1. Court: In The United States District Ct Weston Division
2. Case Number: 7:24cv 00350

D. Have you filed any grievances regarding the facts of this complaint?

_✓_Yes       _____No

1. If your answer is Yes, indicate the result:

I file grievance as tort claim got denied

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes. If necessary, you may attach additional page(s). Please write legibly.**

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On Nov 2 2020, I came @ USP Lee for holdover which I brought my gold crown interia that came off my front teeth. When I got there the CO sent SIS officer cash to Dr. Bryson for me to he can replace it back in my mouth. After being there for approximitly two weeks I had been writing

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

Cope out request to see do he have my crown. He came by my cell said he receive it he was out to bring me down to the dentist to see can he put it back in. But it was corona protocol. stated he cannot put it in my property. stated he can send it home. I told him that wouldn't do no good, because I needed my teeth. So I told him just went it he can't repair send it to my destination USP Mercury my gold crown never got there. I had the dentist USP Mercury USP Atwater try to contact ro

*[left margin:]* Dr. Bryson last person had the gold crown he lost it or might still have it

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or
    statutes.

*and replace*

*I would like to have my gold crown back if not
compensated for the value of gold crown $3500.00 and
punitive, damage, and nominal damages $10,000 for
mental anguish, embarrasment, humiliation; mortification*

G.  If this case goes to trial, do you request a trial by jury?   Yes __✓__   No _____

H.  If I am released or transferred, I understand it is my responsibility to immediately notify
    the court in writing of any change of address *after* I have been released or transferred or
    my case may be dismissed.

DATED: 9/9/24          SIGNATURE: *Kendall Wysinger*

VERIFICATION:
I, *Kendall Wysinger*, state that I am the plaintiff in this action, and I
know the content of the above complaint; that it is true of my own knowledge, except as to those matters
that are stated to be based on information and belief, and as to those matters, I believe them to be true. I
further state that I believe the factual assertations are sufficient to support a claim of violation of
constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that
prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions,
while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was
frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is
imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the
above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing
fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 9/9/24          SIGNATURE: *Kendall Wysinger*

Updated 5/2024

*Claim 1: On Nov 2, 2020, I arrived @ USP Lee with my gold dental crown that had came out my front which 3 gold crown teeth value $3500.00. Which was in a brown manilla envelope. The C.O took it that time, I let him know what it else to make sure it get to the Dental Dept. So when I got to my cell the first thing I did ask for a cope-out (request form) I wrote to the Dentist ask did they receive my gold dental crown. After about 2 request Dr. Bryson came by my cell stated, he had my gold crown dental bridge. He went to try to bring me down to replace it back in my mouth but due to coronavirus protocol he can't see me now. Stated they will not let him place it in my property due to the value. He stated he can send it home I told it wouldn't do any help sending home. I stated if he can just wait to I get to my destination USP McCreary after he can talk to the dentist make arrangements. When I got their I wrote to Dentist at USP McCreary about it they stated they haven't receive it, they can't get in contact with him, So they told me to write a grievance and tort claim which I did it was denied. I never seen my gold bridge crown dental again since then I can't talk properly I'm missing my three front teeth. I'm embarrassed cell names B can't eat properly have had several dental problem caused of this. If he still has it to order to have it place back in my mouth Thank you. I also wrote a letter to Dr Bryson @ USP Lee never got a response. Violation of 8th Amendment.    Sincerely yours,    14th Amendment deprivation of my property    Rendell W.



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

*1600 Industrial Park Road, P.O. Box 1280
Beaver, West Virginia 25813*

April 10, 2023

Kendall Wysinger
Reg. No. 63398-037
USP Atwater
PO Box 019001
Atwater, CA 95301

Re:    Administrative Claim No. TRT-MXR-2022-01502    Reconsideration

Dear Mr. Wysinger:

This will acknowledge receipt on September 5, 2022, of your correspondence regarding the above mentioned administrative claim which we are interpreting as a request to reconsider.

Please note that we do not find any new information to depart from our original decision. Accordingly, your claim is denied.   This is a final denial of your claim.   There is no judicial review for claims decided pursuant to 31 U.S.C. § 3723.

Sincerely,

for

Machael D. Frazier
Regional Counsel



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

December 15, 2021

Kendall Wysinger
Reg. No. 63398-037
USP Lee
P.O. Box 305
Jonesville, VA 24263

Re: Administrative Claim Number TRT-MXR-2022-01502

Dear Mr. Wysinger:

This will acknowledge receipt on December 15, 2021 of your administrative claims for loss of personal property at USP Lee. You claim a sum certain of $3500.00 for the loss of property.

The above-referenced claim has been accepted and considered for administrative settlement under 31 U.S.C. § 3723. We have six months from the date of receipt of your claim in this office, to review, consider, and adjudicate your claim. This statute provides from the payment of claims which are "caused by the negligence of an officer or employee of the United States Government acting within the scope of their employment."

Should your claims include an allegation of loss of or damage to personal property, pursuant to 28 C.F.R., § 14.4(c), you are required to include with your claim an itemized list of the property lost or damaged. If possible, for each item, please state its value, date and place of purchase. If the property was purchased in a Federal institution, submit the commissary receipt. If the property was not purchased in a Federal institution, submit a copy of the receipt of purchase. If you do not have a receipt please state as such, and list the place purchased, for example: name of store, address, state, date and cost for each item alleged lost or damaged. Failure to respond within 30 days of this letter will delay the investigation of your claim. *If you have already included the above information and receipts, please do not re-submit.*

All correspondence regarding this claim should be addressed to: Beckley Consolidated Legal Center, P.O. Box 1280, Beaver, WV 25813. When corresponding with this office regarding this tort claim please refer to the above tort claim number. If you have any questions about the status of your claim or if the circumstances surrounding this claim change in any fashion, contact this office immediately. **Also, should your address change, please advise me accordingly.**

Sincerely,

*D. Spearen, for*

Debbie Stevens
Supervisory Attorney
Consolidated Legal Center, Beckley



U.S. Department of Justice

Federal Bureau of Prisons

*Beckley Consolidated Legal Cente*

1600 Industrial Park Road, P.O. Box 1281
Beaver, West Virginia 25813

June 16, 2022

Kendall Wysinger
Register No. 63398-037
USP McCreary
PO Box 3000
Pine Knot, KY 42635

Re: Administrative Claim Number TRT-MXR-2022-01502

Dear Mr. Wysinger:

Your claim has been accepted and considered for administrative settlement under 31 U.S.C. § 3723. You claim government liability in the amount of $3,500.00 for loss of your gold crown tooth at USP Lee.

Investigation revealed that you arrived at USP Lee on holdover status on November 2, 2020. You have since transferred from USP Lee to USP Atlanta, FTC Oklahoma, and currently USP McCreary. You requested a call out to dental in regards to an anterior crown that came off at USP McCreary. The doctor at USP McCreary states the gold crown was placed in your property on March 17, 2021. Your property was issued to you on March 16, 2021 and there is no way to determine if you misplaced the crown or it was stolen after receiving it. As stated in the Institution Supplement entitled <u>Inmate Personal Property</u>, inmates possess personal property at their own risk.

Additionally, you have submitted no documentation demonstrating the value of the claimed item, and you have not shown you are the party in interest.

As there is no evidence any act or omission of a Government employee was a factor in your loss, your claim is denied. This is a formal denial of your claim. There is no judicial review for claims decided pursuant to 31 U.S.C. § 3723. You may, however, request in writing that the Bureau reconsider your claim. Your request for reconsideration must be submitted within three months of the date of the mailing of this letter. You must include additional evidence of the damage of loss to support your request for reconsideration.

Sincerely,

Christine Hummert for,
Michael D. Frazier
Regional Counsel

Kendall Wysinger (63398037)
United States Penitentiary Atwater
P.O. Box 19001
Atwater, Ca. 95301

**RECEIVED**

SEP 16 2024

USDC Clerk's Office
Mail Room

24011-220999

SACRAMENTO CA 957
11 SEP 2024  PM 3  L



United States District Court
For Western District of VA.
210 Franklin Rd. Sw. Suite 540
Roanoke, VA. 24011